UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re: DIANE M. SAMPSON                    CHAPTER 13
                                            CASE NO. 24-35786 (kyp)

                Debtor.

------------------------------------------------------x

## ORDER TO REOPEN CASE PURSUANT TO BANKRUPTCY RULE 5010 AND 11 U.S.C. §350(b)

Upon the motion of DARIO DI LELLO, Esq., dated March 10, 2025, for an Order reopening the case pursuant to Bankruptcy Rule 5010 and 11 U.S.C. §350(b), and there having been opposition thereto, and upon the record made at a hearing held on March 25, 2025, and due deliberation having been had thereon, it is

**ORDERED,** that the application to reopen the above-captioned case be and the same hereby is denied



**Dated: May 9, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**